Filed 5/16/13  P. v. Wong CA6

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>        v.<br><br>KAR WONG,<br><br>    Defendant and Appellant. | H039186<br>(Santa Clara County<br>Super. Ct. No. C1238968) |

After a confrontation with police in front of Eastridge Mall, defendant Kar Wong was charged with one count of assault on a peace officer (Pen. Code. § 245, subd. (c)), and six counts of exhibiting a weapon (chisel) to a peace officer with the intent to resist arrest.  (Pen. Code, § 417.8.)  During the proceedings, the court declared a doubt as to defendant's competence to stand trial.  Defense counsel waived jury trial and submitted the issue on the two doctors reports which found defendant not competent.  The trial court ordered defendant committed to an unnamed state hospital, noting that he had consented to the administration of antipsychotic drugs.  The court set a review date for June 11, 2014.  This timely notice of appeal ensued.

On appeal, we appointed counsel to represent defendant in this court.  Appointed counsel has filed an opening brief which states the case and the facts but raises no specific issues.  (*Conservatorship of Ben C.* (2007) 40 Cal.4th 529, 543-544 (*Ben C.*); *People v. Taylor* (2008) 160 Cal.App.4th 304.)  In the opening brief, counsel requests

that we allow defendant the opportunity to submit a brief in propria persona on his own behalf pursuant to *Ben C.*  On February 7, 2013, we notified defendant of his right to submit written argument in his own behalf within 30 days.  Thirty days have elapsed and we have received nothing from defendant.

The defendant having failed to raise any issue on appeal, we dismiss the appeal as abandoned.  (*Ben C.*, *supra*, 40 Cal.4th 529.)

### DISPOSITION

The appeal is dismissed as abandoned.


_____
RUSHING, P.J.




WE CONCUR:




_____
PREMO, J.




_____
ELIA, J.


2